UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                        Case No. 2:19–cv–159

v.                                       Hon. Janet T. Neff

JUSTIN WONCH, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above-captioned case was filed in this court on August 12, 2019 .   The case has been assigned to Janet T. Neff .

CLERK OF COURT

Dated:  August 12, 2019        By:   /s/ S. Kivela_____
                                                Deputy Clerk