UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                            Case No. 2:19–cv–159

    v.

JUSTIN WONCH, et al.,

       Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Phillip Benjamin Toutant

RE:  Summons Returned Executed (ECF No. 6)

REASON FOR NOTICE:  The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:  None. However, if attorney Karl Numinen would like to be added to the case, Karl Numinen should enter an appearance, under his own login.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                             CLERK OF COURT

Dated:  September 6, 2019        By:   /s/ S. Kivela_____
                                                        Deputy Clerk