# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RICHARD J. HILL

v.

JUSTIN WONCH, et al

Case No. 2:19-CV-00159
Hon. Janet T. Neff

TO: Forsyth, Township of
ADDRESS: 186 Flint St.
Gwinn, MI 49841

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
PHILLIP B. TOUTANT (P72992)
Numinen, DeForge & Toutant, P.C.
105 Meeske Avenue
Marquette, MI 49855

CLERK OF COURT

_____ August 13, 2019
By Deputy Clerk                 Date

---

## PROOF OF SERVICE

This summons for _____Forsyth, Township of_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☒ Other (specify) On August 19, 2019, I served the Township of Forsyth via registered mail pursuant to Fed. R. Civ. P 4(j)(2)(B).

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __September 6, 2019__

Additional information regarding attempted service, etc.:

Per Fed. R. Civ. P. 4(j)(2)(B), service was accomplished via registered mail pursuant to MCR 2.104(G) & (H)(1) by an agent of the Clerk of the Township of Forsyth. The USPS Domestic Return Receipt is attached.

s/ Anne Perala
_____
Server's signature

Anne Perala, Legal Assistant
_____
Server's printed name and title

105 Meeske Ave., Marquette, MI 49855
_____
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle Borrett
Forsyth Twp. Clerk
186 Flin Street
Gwinn MI 49841

9590 9402 4754 8344 5984 36

2. Article Number (Transfer from service label)

117 2400 0000 8899 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Lynn A Rodg[...]   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): Lynn Rodgers
C. Date of Delivery: 8/19/19

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt