IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN
Northern Division

| | | |
|---|---|---|
| RICHARD J. HILL, | ) | |
| | ) | Case No.: 2:19-cv-159 |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Janet T. Neff |
| | ) | |
| JUSTIN WONCH, et al. | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maartin Vermaat |
| Defendants. | ) | |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AS TO DEFENDANT JUSTIN WONCH AND ENTRY OF DEFAULT AS TO DEFENDANT JUSTIN WONCH

### AFFIDAVIT OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT

I, Phillip B. Toutant, swear or affirm to the truth of the following under the penalty of perjury:

1. I am counsel of record for Plaintiff Richard J. Hill in the above-captioned matter and have personal knowledge of the facts stated herein.

2. I filed the Complaint and Jury Demand in the above-captioned case on August 12, 2019. See ECF 1.

3. The Court issued a Summons as to Defendant Justin Wonch on August 13, 2019. See ECF 5.

4. Defendant Wonch was served via personal service on August 15, 2019. See ECF 6.

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Wonch was required to serve an answer or otherwise defend in this case on or before September 5, 2019.

6. To date, Defendant Wonch has failed to serve an answer or otherwise defend in this case.

7. Therefore, I respectfully request that the Clerk enter a default as to Defendant Wonch.

8. Further affiant sayeth not.

_____
Phillip B. Toutant

Subscribed and sworn to before me on this 9th day of September, 2019

_____
Ljubitza Ghiardi, Notary Public
State of Michigan, County of Marquette
My Commission expires: April 15, 2022

## ENTRY OF DEFAULT

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law.

| Name: |
|---|
| Justin Wonch |

Therefore, default is entered against the Defendant as authorized by Federal Rule of Civil Procedure 55(a).

_____
Clerk of the District Court