# **EXHIBIT 1**

(Plaintiff's Response and Brief in Opposition of Defendants' Motion for Summary Judgment)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

          Plaintiff,

v

JUSTIN WONCH, and
 TOWNSHIP OF FORSYTH,

          Defendants.

US District Judge:
HON. JANET T. NEFF

US Magistrate Judge:
HON. MAARTEN VERMAAT

Case No. 2:19-cv-159

/

DEPOSITION OF TIMOTHY EDWARD NORMAND

Taken by the Defendants on the 18th day of February, 2020, at 100 North Big Creek Road, Marquette, Michigan, at 3:30 p.m.

APPEARANCES:

For the Plaintiff:        MR. PHILLIP B. TOUTANT (P72992)
                          Numinen DeForge & Toutant PC
                          105 Meeske Avenue
                          Marquette, Michigan 49855
                          (906) 226-2580

For the Defendants:       MS. SUSAN DOUGLAS MacGREGOR (P41741)
                          Kitch Drutchas Wagner Valitutti &
                          Sherbrook PC
                          1440 West Ridge Street, Suite C
                          Marquette, Michigan 49855
                          (906) 228-0001

Also Present:             Lauren Peters
                          Justin Wonch

```
 1   Q   Okay.  All right.  So you were at their home on the day of

 2       this event?

 3   A   Yes.

 4   Q   Why were you there?  Why did you go over there?

 5   A   I don't know.  I just stopped in to see Vickie.

 6   Q   She didn't call you up and say, "Please come over," or

 7       anything?

 8   A   No, not that I remember; no.

 9   Q   Okay.  You just happened to stop in that day?

10   A   Yeah.

11   Q   All right.  And then do you know approximately what time

12       that was that you got there?

13   A   I'm not sure, no.

14   Q   Had you been there for hours when this all went down?

15   A   I don't think so.  I'm not -- I don't think I was there that

16       long, no, before it started.

17   Q   Did you have a meal there?

18   A   Maybe a snack or something.  I'm not sure.

19   Q   Okay.  So you don't think you were there -- what? -- maybe

20       more than an hour or two?

21   A   At the most probably like two hours, hour or two, yeah.

22   Q   Okay.  And while you were there, was Jack actually drinking?

23       Was he consuming alcohol?

24   A   I didn't see him drinking, but I could tell he had been

25       drinking.
```

                                Page 12



1  Q   He was pretty drunk; right?

2  **A   Yes.**

3  Q   Okay.  All right.  Why don't I let you just tell me what you

4      do remember.  I may stop you if you jump ahead too quickly,

5      but -- so you get there.  What's going on?

6  **A   They were arguing.  Jack was wanting her to -- I guess to go**

7      **to the store to get him more alcohol, and Vickie didn't want**

8      **to go was how it all started.**

9  Q   Yeah; okay.

10 **A   He hollered at her to go get him alcohol, and she hollered**

11     **back at him she wasn't going.  If he wanted to, go get it**

12     **himself, and that's when he came through the kitchen into**

13     **the living room and took a couple swings at her.  And --**

14 Q   Did he land them?  I mean, did he hit her actually?

15 **A   I couldn't really tell, but she told me later that he never**

16     **hurt her.  So I don't believe he even hit her.  And she**

17     **picked up the phone and called 911, and I kind of got**

18     **between them so he wouldn't swing at her no more.  And I --**

19     **we kind of tussled, and we went down to the floor.  And**

20     **after that he calmed down.  I think he kind of realized -- I**

21     **think he was in a blackout from what I could see, the**

22     **expression on his face.  He looked around like he didn't**

23     **know where he was, and he had calmed down.**

24          **And then when the officer got there, he was pretty**

25     **calm until he advised him that he was under arrest, and then**

Page 13

1    **A**    **No.**

2    Q    No?  So really you don't have that much involvement with law

3         enforcement; is that --

4    **A**    **Well, I have plenty of involvement.**

5    Q    Yeah.  Would you want to be treated the way Jack was treated

6         that day?

7    **A**    **No.**

8              MS. MacGREGOR:  Irrelevant.

9    Q    Do you feel that was appropriate?

10              MS. MacGREGOR:  Irrelevant.

11   **A**    **No.**

12   Q    Do you feel that that was the way someone's civil rights

13        should be treated?

14              MS. MacGREGOR:  Objection; irrelevant.

15   **A**    **No.**

16   Q    Do you think that his civil rights were violated?

17              MS. MacGREGOR:  Objection; irrelevant.

18   **A**    **Yeah.**

19   Q    Do you think that the amount of force that you observed

20        Officer Wonch using on Jack was appropriate for how Jack was

21        behaving?

22              MS. MacGREGOR:  Objection; irrelevant.

23   **A**    **Honestly, no.  I mean, I do believe he went a little**

24        **overboard.**

25   Q    Okay.  Have we ever spoken before?

Page 35



```
 1   A   No.

 2   Q   Okay.  And have you spoken to anyone from my office, my

 3       paralegal Lauren sitting here with me?

 4   A   No.

 5   Q   No?  Okay.

 6           MS. MacGREGOR:  Asked and answered.

 7           MR. TOUTANT:  All right.  That's all the questions

 8       I have.

 9           MS. MacGREGOR:  No questions.  You're all done.

10           (Deposition concluded at 4:37 p.m.)

11

12                          -0-0-0-

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 36