# **EXHIBIT 2**

(Plaintiff's Response and Brief in Opposition of Defendants' Motion for Summary Judgment)

| User: RIPTSRV | Communications | 01/22/20 15:58:37 |
|---|---|---|

## Event Report

Event ID: **2019-053870**   Call Ref #: 216   Date/Time Received: 03/22/19 21:41:35

Rpt #:   Call Source: E911   Prime Unit: 101J   Services Involved: LAW   EMS

Location: **427 LIBERATOR**   MQFO
X-ST: *QUAIL / SABRE*   Jur: UPA   Service: EMS   Agency: J101
St/Beat: 101J   District:   RA:
Business:   Phone: ( ) -   GP: 52E4

Nature: **CHEST PAINS**   Alarm Lvl: 1   Priority: P   Medical Priority: APCO
Caller: LARA, VICKIE   Alarm:
Addr: 427 LIBERATOR;MQFO   Phone: (906) 346-2055   Alarm Type:
Vehicle #:   St:   Report Only: No   Race:   Sex:   Age:
Call Taker: REHN   Console: 5001
Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: CL   Close Comments:

Notes: See Event Notes Addendum at end of this report

### Times

| | | Time From Call Received | | | |
|---|---|---|---|---|---|
| Call Received: | 03/22/19 21:41:35 | | | | |
| Call Routed: | 03/22/19 21:41:35 | : : | Unit Reaction: | 000:23:48 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: | 03/22/19 21:41:35 | : : | En-Route: | 000:12:56 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: | 03/22/19 21:43:03 | 000:01:28 *(Time Held)* | On-Scene: | 000:18:47 | *(1st Arrive to Last Clear)* |
| 1st En-Route: | 03/22/19 21:55:59 | 000:14:24 | | | |
| 1st Arrive: | 03/22/19 22:06:51 | 000:25:16 *(Reaction Time)* | | | |
| Last Clear: | 03/22/19 22:25:38 | 000:44:03 | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 101J | 0 | D | Dispatched | 03/22/19 21:43:03 | Stat/Beat: 101J | | COOLIDGE |
| 101J | 0 | SEC | {101J} SECOND PAGE | 03/22/19 21:47:58 | | | COOLIDGE |
| 101J | 0 | E | En-Route | 03/22/19 21:55:59 | | | REHN |
| 101J | 0 | A | Arrived | 03/22/19 22:06:51 | | | REHN |
| 101J | 0 | C | Cleared | 03/22/19 22:25:38 | CL | CL | DEVOLD |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 03/22/19 21:41:35 | Initial call received at 03/22/2019 21:36:11 | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:41:47 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 21:41:52 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:42:11 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:42:51 | | | REHN |
| | | REC | Unit Rec Btn Click | 03/22/19 21:42:59 | Unit recommend for CHEST PAINS at 427 | | COOLIDGE |
| | | REC | Unit Recommendation | 03/22/19 21:43:03 | Plan: 52BD Cat: 2ALS Lvl: 1 | | COOLIDGE |
| | | REC | Unit Recommendation | 03/22/19 21:43:03 | Recmnd:101J [BLS], 141J [ALS], 841E | | COOLIDGE |
| | | SP | Spawned | 03/22/19 21:43:04 | Spawned EMS event #2019053871, callref | | COOLIDGE |
| | | PAG | Dispatch Page | 03/22/19 21:43:06 | Paged 52_J101 | | PAGESRV |

Page 1

**RICHARD HILL EXHIBIT 2**
**001**

| Event ID: 2019-053870 | Call Ref #: 216 | **CHEST PAINS at 427 LIBERATOR** |

| Unit | Empl ID | Type | Description | Event Log Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/22/19 21:43:15 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:43:31 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:44:38 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:45:22 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:45:38 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:46:34 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:46:54 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:47:58 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 21:48:20 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:49:01 | | | DEVOLD |
| | | ARM | Added Remarks | 03/22/19 21:53:33 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:01:19 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:09:27 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:16:11 | | | COOLIDGE |
| | | PRL | Event Printed | 01/22/20 15:58:37 | GARY JOHNSON | | JOHNSON |

## Event Notes Addendum

Notes: [LAW] UDTS: {8416J} SUBJECT IN CUSTODY  [03/22/19 22:16:11 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 22:09:27 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 22:01:19 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 21:53:33 COOLIDGE]
{101J} FROBERG ACK AGE  [03/22/19 21:49:01 DEVOLD]
CALLER ASKED HIM FOR THE GARAGE KEYS.  HE WOULD NOT GIVE THEM TO HER.  SHE CALLED 911.
SITTING IN ROCKING CHAIR.  HE PUNCHED CALLER IN THE FACE.  MALE SAYING BULLSHIT IN THE
BACKGROUND.

SHE TOLD HIM SHE CALLED THE POLICE.  HE PUNCHED HER AGAIN.  HE TOOK THE PHONE FROM HER
WHILE
ON WITH 911.  [03/22/19 21:48:20 REHN]
UDTS: {101J} SECOND PAGE  [03/22/19 21:47:58 COOLIDGE]
CALLER HAS PTSD, OCD, MANIC DEPRESSIVE, ANXIETY.  [03/22/19 21:46:54 REHN]
142 DEREK ACK PAGE  [03/22/19 21:46:34 REHN]
CALLER IS REFUSING TO LEAVE THE HOUSE

CALLER IS SCARED OF HIM.  [03/22/19 21:45:38 REHN]
CALLER WANTS THE CAR KEYS BUT HE WONT GIVE THEM TO HER.  [03/22/19 21:45:22 REHN]
CALLERS FRIEND IS TIMOTHY NORMAND.  HE WILL BE WAITING OUTSIDE FOR OFFICER.  [03/22/19
21:44:38 REHN]
CALLER DOES NOT WANT TO TO TO THE HOSPITAL BUT WANTS EMS TO CHECK HER OUT.  [03/22/19 21:43:31
REHN]
OFFICER SAFETY CAUTION IN LEIN  [03/22/19 21:43:15 REHN]
MALE IS RICHARD JACK HILL 9-22-50  [03/22/19 21:42:51 REHN]
MALE IS 68 YEARS OLD  [03/22/19 21:42:11 REHN]
MALE HAS BEEN DRINKING FOR A WEEK STRAIGHT  [03/22/19 21:41:52 REHN]
[LAW] 8416J ADVISED, DECLINED ANOTHER UNIT  [03/22/19 21:41:47 COOLIDGE]
Event spawned from DOMESTIC.  [03/22/2019 21:41:35 REHN]
FEMALE IS HAVING CHEST PAINS.  SHE IS 56  [03/22/19 21:41:27 REHN]
WAS TRANSPORTED TO MGH  [03/22/19 21:40:59 REHN]
CALLER WANTS EMS TO CHECK HER OUT.  SHE HAD A HEART ATTACK YESTERDAY AT THE SAWYER
MEDICAL
CENTER.  [03/22/19 21:40:45 REHN]
VICKIE HAS NOT BEEN DRINKING  [03/22/19 21:40:05 REHN]
STATES HE HIT HER.  [03/22/19 21:39:46 REHN]
FIANCE IS INTOXICATED.  CALLER IS TELLING HIM HE IS GOING TO JAIL.  [03/22/19 21:39:13 REHN]
FIANCE IS RICHARD JACK HILL.  TOOK THE PHONE OUT OF HER HAND.  CALLER IS ON THE GROUND.

| Event ID: 2019-053870 | Call Ref #: 216 | **CHEST PAINS at 427 LIBERATOR** |

    CALLERS FRIEND JIM IS THERE AND KNOCKED HIM DOWN IN THE KITCHEN.

    NO WEAPONS IN THE HOUSE  [03/22/19 21:38:33 REHN]
    CALLER STATES FIANCE IS DRUNK.  CAN HEAR A MALE YELLING.  SOMEONE HUNG UP THE PHONE [03/22/19
    21:36:56 REHN]

| User: RIPTSRV | Communications | 01/22/20 15:57:24 |
|---|---|---|

## Event Report

**Event ID:** 2019-053877  **Call Ref #:** 223  **Date/Time Received:** 03/22/19 21:50:13

| | | | | Services Involved | | |
|---|---|---|---|---|---|---|
| Rpt #: 19-0322-0001 | Call Source: E911 | Prime Unit: | 8416J WONCH, JUSTIN | LAW | EMS | |

**Location:** 427 LIBERATOR   MQFO

X-ST: *QUAIL*   Jur: UPA   Service: LAW   Agency: J865
*SABRE*   St/Beat: MQF   District:   RA:

**Business:**   Phone: ( ) -   GP: 52L5

**Nature:** DOMESTIC   **Alarm Lvl:** 1   **Priority:** P   **Medical Priority:** APCO

**Caller:** LARA, VICKIE   **Alarm:**
**Addr:** 427 LIBERATOR;MQFO   **Phone:** (906) 346-2055   **Alarm Type:**

**Vehicle #:**   **St:**   **Report Only:** No   **Race:**   **Sex:**   **Age:**

**Call Taker:** COOLIDGE   **Console:** MQCD6

**Geo-Verified Addr.:** Yes   **Nature Summary Code:**   **Disposition:** REP   **Close Comments:**

**Notes:** See Event Notes Addendum at end of this report

### Times

| | | Time From Call Received | | | |
|---|---|---|---|---|---|
| Call Received: | 03/22/19 21:50:13 | | | | |
| Call Routed: | 03/22/19 21:50:13 | : : | Unit Reaction: | : : | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: | 03/22/19 21:50:13 | : : | En-Route: | : : | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: | 03/22/19 21:50:13 | : : | On-Scene: | : : | *(1st Arrive to Last Clear)* |
| 1st En-Route: | 03/22/19 21:50:13 | : : | *(Time Held)* | | |
| 1st Arrive: | | : : | *(Reaction Time)* | | |
| Last Clear: | 03/22/19 21:54:07 | 000:03:54 | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 886513 | *886513J* | D | Dispatched | 03/22/19 21:50:13 | Stat/Beat: MQ05;210 | | COOLIDGE |
| 886513 | *886513J* | E | En-Route | 03/22/19 21:50:13 | Stat/Beat: MQ05;210 | | COOLIDGE |
| 886513 | *886513J* | C | Cleared | 03/22/19 21:54:03 | CL | REP | COOLIDGE |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 03/22/19 21:50:13 | Initial call received at 03/22/2019 21:36:11 | | COOLIDGE |
| | | RPT | Requested Report# | 03/22/19 21:50:13 | J865 Report #19-0322-0001 | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 21:53:33 | | | COOLIDGE |
| | | CHG | Changed PRIMEUNIT | 10/21/19 14:48:20 | 886513 --> 8416 | | REHN |
| | | CHG | Changed PRIMEUNIT | 10/21/19 14:48:22 | 8416 --> 8416J | | REHN |
| | | PRL | Event Printed | 01/22/20 15:57:24 | GARY JOHNSON | | JOHNSON |

### Event Notes Addendum

**Notes:** [LAW] UDTS: {8416J} SECURE  [03/22/19 21:53:33 COOLIDGE]
[EMS] (101J) FROBERG ACK AGE  [03/22/19 21:49:01 DEVOLD]
[EMS] CALLER ASKED HIM FOR THE GARAGE KEYS.  HE WOULD NOT GIVE THEM TO HER.  SHE CALLED 911.

Page 1

**RICHARD HILL EXHIBIT 2**
**004**

| Event ID:  2019-053877 | Call Ref #:   223 | DOMESTIC at 427 LIBERATOR |

SITTING IN ROCKING CHAIR.  HE PUNCHED CALLER IN THE FACE.  MALE SAYING BULLSHIT IN THE BACKGROUND.

SHE TOLD HIM SHE CALLED THE POLICE.  HE PUNCHED HER AGAIN.  HE TOOK THE PHONE FROM HER WHILE
ON WITH 911.  [03/22/19 21:48:20 REHN]
[EMS] UDTS: {101J} SECOND PAGE  [03/22/19 21:47:58 COOLIDGE]
[EMS] CALLER HAS PTSD, OCD, MANIC DEPRESSIVE, ANXIETY.  [03/22/19 21:46:54 REHN]
[EMS] 142 DEREK ACK PAGE  [03/22/19 21:46:34 REHN]
[EMS] CALLER IS REFUSING TO LEAVE THE HOUSE

CALLER IS SCARED OF HIM.  [03/22/19 21:45:38 REHN]
[EMS] CALLER WANTS THE CAR KEYS BUT HE WONT GIVE THEM TO HER.  [03/22/19 21:45:22 REHN]
[EMS] CALLERS FRIEND IS TIMOTHY NORMAND.  HE WILL BE WAITING OUTSIDE FOR OFFICER.  [03/22/19 21:44:38 REHN]
[EMS] CALLER DOES NOT WANT TO TO TO THE HOSPITAL BUT WANTS EMS TO CHECK HER OUT.  [03/22/19 21:43:31 REHN]
[EMS] OFFICER SAFETY CAUTION IN LEIN  [03/22/19 21:43:15 REHN]
[EMS] MALE IS RICHARD JACK HILL 9-22-50  [03/22/19 21:42:51 REHN]
[EMS] MALE IS 68 YEARS OLD  [03/22/19 21:42:11 REHN]
[EMS] MALE HAS BEEN DRINKING FOR A WEEK STRAIGHT  [03/22/19 21:41:52 REHN]
8416J ADVISED, DECLINED ANOTHER UNIT  [03/22/19 21:41:47 COOLIDGE]
FEMALE IS HAVING CHEST PAINS.  SHE IS 56  [03/22/19 21:41:27 REHN]
WAS TRANSPORTED TO MGH  [03/22/19 21:40:59 REHN]
CALLER WANTS EMS TO CHECK HER OUT.  SHE HAD A HEART ATTACK YESTERDAY AT THE SAWYER MEDICAL
CENTER.  [03/22/19 21:40:45 REHN]
VICKIE HAS NOT BEEN DRINKING  [03/22/19 21:40:05 REHN]
STATES HE HIT HER.  [03/22/19 21:39:46 REHN]
FIANCE IS INTOXICATED.  CALLER IS TELLING HIM HE IS GOING TO JAIL.  [03/22/19 21:39:13 REHN]
FIANCE IS RICHARD JACK HILL.  TOOK THE PHONE OUT OF HER HAND.  CALLER IS ON THE GROUND.
CALLERS FRIEND JIM IS THERE AND KNOCKED HIM DOWN IN THE KITCHEN.

NO WEAPONS IN THE HOUSE  [03/22/19 21:38:33 REHN]
CALLER STATES FIANCE IS DRUNK.  CAN HEAR A MALE YELLING.  SOMEONE HUNG UP THE PHONE  [03/22/19
21:36:56 REHN]

Page 2

RICHARD HILL EXHIBIT 2
005

| User: RIPTSRV | Communications | 01/22/20 15:58:16 |
|---|---|---|

## Event Report

Event ID: **2019-053871**   Call Ref #: 217   Date/Time Received: 03/22/19 21:43:04

| Rpt #: | Call Source: E911 | Prime Unit: 141J MGH ALS, | Services Involved: LAW   EMS |
|---|---|---|---|

| Location: | **427 LIBERATOR** | | MQFO | | |
|---|---|---|---|---|---|
| X-ST: | *QUAIL* | | Jur: UPA | Service: EMS | Agency: J141 |
| | *SABRE* | | St/Beat: 101J | District: | RA: |
| Business: | | Phone: ( ) - | | | GP: 52E4 |

| Nature: | **CHEST PAINS** | Alarm Lvl: 1 | Priority: P | Medical Priority: APCO |
|---|---|---|---|---|
| Caller: | LARA, VICKIE | | | Alarm: |
| Addr: | 427 LIBERATOR;MQFO | Phone: (906) 346-2055 | | Alarm Type: |

| Vehicle #: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

Call Taker: COOLIDGE    Console: MQCD6

Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: NO   Close Comments:

Notes: **See Event Notes Addendum at end of this report**

### Times

| | | | | |
|---|---|---|---|---|
| Call Received: | 03/22/19 21:43:04 | Time From Call Received | | |
| Call Routed: | 03/22/19 21:43:04 | : : | Unit Reaction: 000:23:41 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: | 03/22/19 21:43:04 | : : | En-Route: 000:01:26 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: | 03/22/19 21:43:04 | : :   *(Time Held)* | On-Scene: 000:33:14 | *(1st Arrive to Last Clear)* |
| 1st En-Route: | 03/22/19 21:44:30 | 000:01:26 | | |
| 1st Arrive: | 03/22/19 22:06:45 | 000:23:41   *(Reaction Time)* | | |
| Last Clear: | 03/22/19 22:39:59 | 000:56:55 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 141J | *141J* | D | Dispatched | 03/22/19 21:43:04 | Stat/Beat: 141J | | COOLIDGE |
| 141J | *141J* | E | En-Route | 03/22/19 21:44:30 | | | COOLIDGE |
| 141J | *141J* | A | Arrived | 03/22/19 22:06:45 | | | REHN |
| 141J | *141J* | R | Return to Qtr | 03/22/19 22:24:11 | | | REHN |
| 141J | *141J* | C | Cleared | 03/22/19 22:39:59 | NO | NO | REHN |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 03/22/19 21:43:04 | Initial call received at 03/22/2019 21:41:35 | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 21:43:15 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:43:31 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:44:38 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:45:22 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:45:38 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:46:34 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:46:55 | | | REHN |
| | | ARM | Added Remarks | 03/22/19 21:47:59 | | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 21:48:20 | | | REHN |

Page 1

**RICHARD HILL EXHIBIT 2**
**006**

| Event ID: 2019-053871 | Call Ref #: 217 | CHEST PAINS at 427 LIBERATOR | | | |
|---|---|---|---|---|---|
| **Unit** | **Empl ID** | **Type** | **Description** | **Event Log Time Stamp** | **Comments** | **Close Code** | **User** |

| Unit | Empl ID | Type | Description | Time Stamp | Comments | User |
|---|---|---|---|---|---|---|
| | | ARM | Added Remarks | 03/22/19 21:49:01 | | DEVOLD |
| | | ARM | Added Remarks | 03/22/19 21:53:33 | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:01:19 | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:09:27 | | COOLIDGE |
| | | ARM | Added Remarks | 03/22/19 22:16:11 | | COOLIDGE |
| | | PRL | Event Printed | 01/22/20 15:58:15 | GARY JOHNSON | JOHNSON |

## Event Notes Addendum

Notes:  [LAW] UDTS: {8416J} SUBJECT IN CUSTODY  [03/22/19 22:16:11 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 22:09:27 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 22:01:19 COOLIDGE]
[LAW] UDTS: {8416J} SECURE  [03/22/19 21:53:33 COOLIDGE]
[EMS] (101J) FROBERG ACK AGE  [03/22/19 21:49:01 DEVOLD]
[EMS] CALLER ASKED HIM FOR THE GARAGE KEYS.  HE WOULD NOT GIVE THEM TO HER.  SHE CALLED 911.
SITTING IN ROCKING CHAIR.  HE PUNCHED CALLER IN THE FACE.  MALE SAYING BULLSHIT IN THE
BACKGROUND.

SHE TOLD HIM SHE CALLED THE POLICE.  HE PUNCHED HER AGAIN.  HE TOOK THE PHONE FROM HER
WHILE
ON WITH 911.  [03/22/19 21:48:20 REHN]
[EMS] UDTS: {101J} SECOND PAGE  [03/22/19 21:47:59 COOLIDGE]
[EMS] CALLER HAS PTSD, OCD, MANIC DEPRESSIVE, ANXIETY.  [03/22/19 21:46:55 REHN]
[EMS] 142 DEREK ACK PAGE  [03/22/19 21:46:34 REHN]
[EMS] CALLER IS REFUSING TO LEAVE THE HOUSE

CALLER IS SCARED OF HIM.  [03/22/19 21:45:38 REHN]
[EMS] CALLER WANTS THE CAR KEYS BUT HE WONT GIVE THEM TO HER.  [03/22/19 21:45:22 REHN]
[EMS] CALLERS FRIEND IS TIMOTHY NORMAND.  HE WILL BE WAITING OUTSIDE FOR OFFICER.  [03/22/19
21:44:38 REHN]
[EMS] CALLER DOES NOT WANT TO TO TO THE HOSPITAL BUT WANTS EMS TO CHECK HER OUT.  [03/22/19
21:43:31 REHN]
[EMS] OFFICER SAFETY CAUTION IN LEIN  [03/22/19 21:43:15 REHN]
MALE IS RICHARD JACK HILL 9-22-50  [03/22/19 21:42:51 REHN]
MALE IS 68 YEARS OLD  [03/22/19 21:42:11 REHN]
MALE HAS BEEN DRINKING FOR A WEEK STRAIGHT  [03/22/19 21:41:52 REHN]
[LAW] 8416J ADVISED, DECLINED ANOTHER UNIT  [03/22/19 21:41:47 COOLIDGE]
Event spawned from DOMESTIC.  [03/22/2019 21:41:35 REHN]
FEMALE IS HAVING CHEST PAINS.  SHE IS 56  [03/22/19 21:41:27 REHN]
WAS TRANSPORTED TO MGH  [03/22/19 21:40:59 REHN]
CALLER WANTS EMS TO CHECK HER OUT.  SHE HAD A HEART ATTACK YESTERDAY AT THE SAWYER
MEDICAL
CENTER.  [03/22/19 21:40:45 REHN]
VICKIE HAS NOT BEEN DRINKING  [03/22/19 21:40:05 REHN]
STATES HE HIT HER.  [03/22/19 21:39:46 REHN]
FIANCE IS INTOXICATED.  CALLER IS TELLING HIM HE IS GOING TO JAIL.  [03/22/19 21:39:13 REHN]
FIANCE IS RICHARD JACK HILL.  TOOK THE PHONE OUT OF HER HAND.  CALLER IS ON THE GROUND.
CALLERS FRIEND JIM IS THERE AND KNOCKED HIM DOWN IN THE KITCHEN.

NO WEAPONS IN THE HOUSE  [03/22/19 21:38:33 REHN]
CALLER STATES FIANCE IS DRUNK.  CAN HEAR A MALE YELLING.  SOMEONE HUNG UP THE PHONE
[03/22/19
21:36:56 REHN]