# EXHIBIT 3

(Plaintiff's Response and Brief in Opposition of Defendants' Motion for Summary Judgment)

NOTE: Plaintiff's Exhibit 3 is an audio recording which will be submitted to the Court for filing with the Judge's Copy.