# **EXHIBIT 4**

(Plaintiff's Response and Brief in Opposition of Defendants' Motion for Summary Judgment)

## Notes Report

| | |
|---|---|
| DATE TIME: | 03/27/2019 19.32.00 |
| OFFICER: | BONIFAS,KATE |
| TYPE: | RV - RULES VIOLATION |
| FACILITY: | MC   Marquette County Jail |
| POST: | MAST - Master Control |
| HOUSING ASSIGNMENT: | |
| INMATE(s) NAME: | MC2019000430(HILL RICHARD JACK SR), |

NOTE:
Violation: G - INFORMATIONAL
Penalty:
Action:
Immediate Action Taken: INMATE TAKEN TO ED
Officers:
Details of Incident: ON 3-22-19 AT 2237 FORSYTH TOWNSHIP POLICE DEPARTMENT OFFICER WONCH BROUGHT IN INMATE RICHARD JACK HILL(DOB:9-22-50) FOR DOMESTIC VIOLENCE. THE SUBJECT WAS VERY INTOXICATED WITH A PBT OF .214. DUE TO THE LEVEL OF INTOXICATION, THE INMATE WAS PATTED DOWN IN THE SALLYPORT AND WALKED UPSTAIRS TO DETOX Y WHERE ALL OF HIS EXTRA CLOTHING AND ITEMS WERE REMOVED SO HE COULD SOBER UP BEFORE BEING BOOKED. THE SUBJECT WAS IRRITATED BUT COOPERATIVE WITH OFFICERS. AFTER OFFICERS LEFT INMATE HILL WHO WAS SITTING ON THE SLAB IN DETOX Y MUMBLING TO HIMSELF. SEVERAL TIMES I COULD MAKE OUT INMATE HILL SAYING "HE BEAT ME UP" REFERRING TO OFFICER WONCH. ONCE HE WAS PLACED IN DETOX Y OFFICER WONCH STOPPED INTO OUR CONTROL ROOM. HE WAS TELLING JAIL OFFICERS WHAT HAD HAPPENED DURING THE ARREST. OFFICER WONCH CLAIMED THAT THE SUBJECT, INMATE HILL, WENT AFTER HIS VICTIM, ▮▮▮ AND OFFICER WONCH STATED HE "BODY SLAMMED" HIM TO THE GROUND TO STOP HIM FROM ASSAULTING HIS WIFE. HE THEN SAID THAT MR. HILL WOULD NOT OR COULD NOT STAND UP AND WALK SO OFFICER WONCH GRABBED ONTO HIS LEATHER JACKET AND "DRAGGED" MR. HILL OUT OF

THE HOUSE THROUGH THE SNOW AND LEFT HIM ON THE GROUND OUTSIDE OF THE PATROL CAR AS MR. HILL WOULDN'T ASSIST IN GETTING INTO THE CAR. OFFICER WONCH STATED THAT HE ASKED FOR ASSISTANCE FROM EMS TO GET MR. HILL INTO THE BACK SEAT OF HIS CAR, WHICH THEY DID ASSIST WITH. OFFICER WONCH DID STATE THAT THE SUBJECT WAS NOT PAT SEARCHED BEFORE BEING PLACED INTO THE BACK OF THE PATROL CAR. AFTER SOME TIME INMATE HILL BEGAN COMPLAINING OF PAIN. OVER TIME THE PAIN GOT WORSE AND WOULD INTENSIFY WHEN HE ATTEMPTED TO LAY DOWN. HE SAID THE PAIN WAS ALL OVER HIS CHEST AND FRONT AREA AND THINGS WERE CRUNCHING INSIDE OF HIM. AT APPROXIMATELY 0200 ON 3-23-19 VITALS WERE OBTAINED FROM THE INMATE AND OUR ON CALL DR. WAS CONTACTED. NP NATHAN THOMPSON ADVISED THAT THE SUBJECT WOULD NEED TO BE SEEN AT THE EMERGENCY ROOM DUE TO THE CLAIMS AND THE VITALS. I CONTACTED SGT. ABOUSSLEMAN TO TRANSPORT INMATE HILL TO THE EMERGENCY DEPARTMENT AND THEY LEFT AT AT APPROXIMATLY 0206. SGT. ABOUSSLEMAN NOTIFIED US AT APPROXIMATLY 0643 THAT INMATE HILL HAD 10 BROKEN RIBS AND 3 BROKEN VERTEBRAE AND AIR POCKETS AROUND HIS LUNGS. AT 1118 INMATE HILL WAS RELEASED ON PR BONDS AUTHORIZED BY CHARITY MASON AS HE WAS GOING INTO EMERGENCY SURGERY TO FIX THE BROKEN VERTEBRAE IN HIS BACK.