# **EXHIBIT 6**

(Plaintiff's Response and Brief in Opposition of Defendants' Motion for Summary Judgment)

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF MICHIGAN
                         NORTHERN DIVISION

RICHARD J. HILL,
                                        US District Judge:
            Plaintiff,                  HON. JANET T. NEFF

v                                       US Magistrate Judge:
                                        HON. MAARTEN VERMAAT
JUSTIN WONCH, and
  TOWNSHIP OF FORSYTH,                  Case No. 2:19-cv-159

            Defendants.
                                 /
```

DEPOSITION OF VICKIE LYNN LARA

Taken by the Defendants on the 18th day of February, 2020, at 1440 Ridge Street, Marquette, Michigan, at 1:00 p.m.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MR. PHILLIP B. TOUTANT (P72992)<br>Numinen DeForge & Toutant PC<br>105 Meeske Avenue<br>Marquette, Michigan 49855<br>(906) 226-2580 |
| For the Defendants: | MS. SUSAN DOUGLAS MacGREGOR (P41741)<br>Kitch Drutchas Wagner Valitutti &<br>Sherbrook PC<br>1440 West Ridge Street, Suite C<br>Marquette, Michigan 49855<br>(906) 228-0001 |
| Also Present: | Justin Wonch |
| RECORDED BY: | Pam Rankinen, CER 4532<br>Certified Electronic Recorder<br>Network Reporting Corporation<br>Firm Registration Number 8151<br>1-800-632-2720 |

Page 1



Network Reporting
— STATEWIDE COURT REPORTERS —
800-632-2720

1  A  Yes.
2           MS. MacGREGOR:  Objection.
3  Q  And with his arms; right?  What was he doing?
4           MS. MacGREGOR:  Object.  Let me state my objection before you do a compound question.  She didn't testify he was attacking Jack with his knee or that there were flying elbows.  Go ahead.
8  Q  Did it look like an attack to you?
9  A  **To me it was like roughhousing (indicating).  He was -- like he hurt him.**
11 Q  Was it scary?
12 A  **To me, yes, it was.**
13 Q  Were you afraid for Jack?
14 A  **Yes, I was.  At that point, yes, I was because I didn't think it was necessary for him to be put down the way he was put down.  And I didn't like how he was being rough handled.  I didn't --**
18 Q  When you were saying roughhousing, you were swinging a fist.  How was Officer Wonch striking Jack with his arms?
20 A  **Like this (indicating).  He kept going like this with his fist and forearms.**
22 Q  So this is fist to elbow as a plane?
23 A  **Yes.  And then he kept striking him the --**
24 Q  And what part of Jack's body was he doing that to?
25 A  **In the whole middle of his back.**

Page 90

```
 1   Q   So this right fist was being slammed into Mr. Hill's back?
 2   A   Rib cage -- like towards the back, yes.
 3   Q   Okay.
 4            MS. MacGREGOR:  The fist was?
 5   Q   How many times did that occur?
 6            MS. MacGREGOR:  Wait.  Objection.  His fist was
 7       going into the back?
 8            THE WITNESS:  Between his fist and this
 9       (indicating).
10            MS. MacGREGOR:  His forearm?
11            THE WITNESS:  His forearm and like this.  He kept
12       going like this.
13            MS. MacGREGOR:  Okay.  Thank you.  Mr. Toutant
14       tends to mischaracterize what you're saying.
15            MR. TOUTANT:  No; no; no.  That's not what I said.
16            MS. MacGREGOR:  I think you were.
17            MR. TOUTANT:  No; no, I actually think I have that
18       right.
19   Q   In terms of that motion that you were just describing, how
20       many times did that occur to the best of your knowledge?
21       Obviously, you know, I don't expect you to know because you
22       were scared.
23   A   I would say about four or five times.
24   Q   Four to five times?  Okay.
25   A   From what I saw.
```

Page 91

