IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. HILL,<br><br>    Plaintiff,<br><br>v<br><br>JUSTIN WONCH, and<br>TOWNSHIP OF FORSYTH,<br><br>    Defendants. | U.S. District Judge:<br>    Hon. Hala Y. Jarbou<br><br>U.S. Magistrate Judge:<br>    Maarten Vermaat<br><br>Case No: 2:19-cv-159 |
| Phillip B. Toutant (P72992)<br>Karl P. Numinen (P46074)<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580 | Susan D. MacGregor (P41741)<br>KITCH DRUTCHAS WAGNER<br>  VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

**DEFENDANTS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2**

Pursuant to Local Rule 7.2(b)(ii), defendants state as follows:

Defendants' Reply Brief in Support of Motion for Summary Judgment served on November 13, 2020 contains 2,617 words as defined by Local Civil Rule 7.2(b)(i).

The word count was generated using Microsoft Word, Version 2016.

                                    KITCH DRUTCHAS WAGNER
                                    VALITUTTI & SHERBROOK

Dated:  November 16, 2020          By: */s/ Susan D. MacGregor*
                                    Attorneys for Defendants

Kitch Drutchas Wagner Valitutti & Sherbrook
ATTORNEYS AND COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:77255.1