UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                            Case No. 2:19–cv–159

v.                                        Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Telephone conference set in this matter for **March 9, 2021** is hereby **CANCELLED.**

                                            U.S. Magistrate Judge

Dated:  March 2, 2021         By:   /s/ C. A. Moore
                                              Courtroom Deputy