UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                              Case No. 2:19–cv–159

v.                                       Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:              March 18, 2021   09:00 AM
District Judge:        Hala Y. Jarbou
Place/Location:       by video

*This status conference is regarding Plaintiff's Motion to Adjourn Trial and Final Pretrial (ECF No. 44) and Defendants' Motion to Adjourn Trial Date and Final Pretrial Conference (ECF No. 46).*

                                                     HALA Y. JARBOU
                                                     United States District Judge

Dated:  March 12, 2021        By:   /s/ Hannah A. Wagener
                                                 Case Manager