UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,                                Case No. 2:19-cv-159

v.                                                  Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

    Defendants.
_____/

## ORDER

Before the Court are Plaintiff's Motion to Adjourn Trial Date and Final Pretrial (ECF No. 44) and Defendant's Motion to Adjourn Trial Date and Final Pretrial Conference (ECF No. 45). Accordingly:

**IT IS ORDERED** that Plaintiff's Motion to Adjourn Trial Date and Final Pretrial (ECF No. 44) and Defendant's Motion to Adjourn Trial Date and Final Pretrial Conference (ECF No. 45) are **GRANTED**. Further scheduling order to follow.


Dated:   March 18, 2021                           /s/ Hala Y. Jarbou
                                                                       HALA Y. JARBOU
                                                                       UNITED STATES DISTRICT JUDGE