IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH, and
TOWNSHIP OF FORSYTH,

    Defendants.

U.S. District Judge:
  Hon. Janet T. Neff

U.S. Magistrate Judge:
  Maarten Vermaat

Case No: 2:19-cv-159

_____/

| Phillip B. Toutant (P72992) | Susan D. MacGregor (P41741) |
|---|---|
| Karl P. Numinen (P46074) | KITCH DRUTCHAS WAGNER |
| NUMINEN DEFORGE & TOUTANT, P.C. |   VALITUTTI & SHERBROOK |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 105 Meeske Avenue | 1440 W. Ridge Street, Ste. C |
| Marquette, MI  49855 | Marquette, MI 49855-3199 |
| (906) 226-2580 | (906) 228-0001 |
| | Email:  phillip@numinenlaw.com |

_____/

## CERTIFICATE OF SERVICE

    Susan D. MacGregor hereby certifies that she is employed with the firm of Kitch Drutchas Wagner Valitutti & Sherbrook, and says that on July 2, 2021, the following documents were served on Phillip B. Toutant, counsel of record, by email to the address listed above:

    **Defendant Wonch's Answers to Plaintiff's Interrogatories**
    **Defendant Forsyth Township's Answers to Plaintiff's Interrogatories**

    I declare that the statement above is true to the best of my information, knowledge and belief.

                                                /s/ Susan D. MacGregor
                                              Susan D. MacGregor

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:71232.3