IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH, and
TOWNSHIP OF FORSYTH,

    Defendants.

U.S. District Judge:
  Hon. Hala Y. Jarbou

U.S. Magistrate Judge:
  Maarten Vermaat

Case No: 2:19-cv-159

_____/

Phillip B. Toutant (P72992)
Karl P. Numinen (P46074)
NUMINEN DEFORGE & TOUTANT, P.C.
Attorneys for Plaintiff
105 Meeske Avenue
Marquette, MI  49855
(906) 226-2580

Susan D. MacGregor (P41741)
M. Sean Fosmire (P31737)
KITCH DRUTCHAS WAGNER
  VALITUTTI & SHERBROOK
Attorneys for Defendants
1440 W. Ridge Street, Ste. C
Marquette, MI 49855-3199
(906) 228-0001

_____/

## DEFENDANTS' MOTION TO ADJOURN TRIAL AND EXTEND PRE-TRIAL DEADLINES

Defendants Justin Wonch and Township of Forsyth, through their attorneys KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, P.C., move that this Court adjourn the October 18, 2021 trial date that is currently set for this case.

The attorney who has been handling this matter on behalf of the defendants, Susan MacGregor, has encountered major health problems, and treatment continues currently. She does not expect to be able to resume full responsibility for her caseload in the next two to three months, and does not believe that she would be able to devote the needed time to prepare for and attend trial in October 2021.

The defendants respectfully request that the Court remove this matter from the trial docket for October 18, 2021, and set a new trial date for some time after February 1, 2022. Counsel also requests that all pre-trial deadlines be adjusted as well.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
1440 W. Ridge Street
Suite C
Marquette, Michigan
49855-3199

(906) 228-0001

MAR01:81530.1

Counsel certifies that concurrence of the attorney for plaintiff has been requested under the local court rule.

                                              Respectfully submitted,

                                              KITCH DRUTCHAS WAGNER
                                              VALITUTTI & SHERBROOK

Dated:  August 11, 2021                    By:  */s/ M. Sean Fosmire*
                                                        Attorney for Defendants

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
1440 W. Ridge Street
Suite C
Marquette, Michigan
49855-3199

(906) 228-0001