IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. HILL,<br><br>    Plaintiff,<br><br>v<br><br>JUSTIN WONCH, and<br>TOWNSHIP OF FORSYTH,<br><br>    Defendants. | U.S. District Judge:<br>  Hon. Hala Y. Jarbou<br><br>U.S. Magistrate Judge:<br>  Maarten Vermaat<br><br>Case No: 2:19-cv-159 |
| Phillip B. Toutant (P72992)<br>Karl P. Numinen (P46074)<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580 | Susan D. MacGregor (P41741)<br>M. Sean Fosmire (P31737)<br>KITCH DRUTCHAS WAGNER<br>  VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

**DEFENDANTS' BRIEF IN SUPPORT OF MOTION
TO ADJOURN TRIAL AND EXTEND PRE-TRIAL DEADLINES**

This motion is brought under Rules 7(b) and 16 of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    KITCH DRUTCHAS WAGNER
    VALITUTTI & SHERBROOK

Dated:  August 11, 2021    By: */s/ M. Sean Fosmire*
    Attorney for Defendants

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:81531.1