UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,　　　　　　　　　　Case No. 2:19–cv–159

v.　　　　　　　　　　　　　　　Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):　Scheduling Conference
Date/Time:　September 21, 2021   03:00 PM
Magistrate Judge:　Maarten Vermaat
Place/Location:　by telephone

*Counsel will use the Court's conference line: 866–434–5269, Access Code 6087272*

                              MAARTEN VERMAAT
                              U.S. Magistrate Judge

Dated:　August 16, 2021　　　　By:　/s/ C. A. Moore_____
                                          Courtroom Deputy