# UNITED STATES OF DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-159-JTN | 9/22/2021 | 2:29 pm – 2:36 pm | Maarten Vermaat |

## CASE CAPTION

Richard J. Hill v Justin Wonch and Forsyth Township

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Phillip Toutant | Plaintiff |
| Susan MacGregor | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Telephone status conference

Counsel will notify the Court if an early settlement conference may be productive after depositions are taken.

Trial will be scheduled in either April or May of 2022.  Case Management Order to enter.

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore