IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. HILL,<br><br>       Plaintiff,<br><br>v<br><br>JUSTIN WONCH, and<br>TOWNSHIP OF FORSYTH,<br><br>       Defendants.<br>_____/ | U.S. District Judge:<br>  Hon. Hala Y. Jarbou<br><br>U.S. Magistrate Judge:<br>  Maarten Vermaat<br><br>Case No: 2:19-cv-159 |
| Phillip B. Toutant (P72992)<br>Karl P. Numinen (P46074)<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580 | M. Sean Fosmire (P31737)<br>KITCH DRUTCHAS WAGNER<br>  VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

_____/

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2**

Pursuant to Local Rule 7.2(b)(ii), defendants state as follows:

Defendant Forsyth Township's Brief in Support of Renewed Motion for Summary Judgment served on January 6, 2022 contains 2,655 words as defined by Local Civil Rule 7.2(b)(i).

The word count was generated using Microsoft Word, Version 2016.

                                              Respectfully submitted,

                                              KITCH DRUTCHAS WAGNER
                                              VALITUTTI & SHERBROOK

Dated:  January 25, 2022                          By:_____/s/ *M. Sean Fosmire*_____
                                                                   M. Sean Fosmire

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:83331.1