# EXHIBIT 3
# Chief Kjellin's Bodycam-Recorded Interview of Lara and Normand