IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. HILL, ) | |
| ) | Case No. 2:19-cv-159-HYJ-MV |
| Plaintiff, ) | |
| ) | U.S. District Judge: |
| v. ) | Hon. Hala Y. Jarbou |
| ) | |
| JUSTIN WONCH, and ) | U.S. Magistrate Judge: |
| TOWNSHIP OF FORSYTH, ) | Hon. Maarten Vermaat |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2

Pursuant to LCivR 7.2(b)(ii), Plaintiff certifies that his Brief in Opposition to Defendant Forsyth Township's Motion for Summary Judgment as to Monell issues contains 3,381 words as defined by LCivR 7.2(b)(i).

**Numinen, DeForge & Toutant, P.C.**

s/ Phillip B. Toutant
_____
PHILLIP B. TOUTANT (P72992)
Attorney for Plaintiff
105 Meeske Ave.
Marquette, MI 49855
(906) 226-2580
phillip@numinenlaw.com