UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v.

JUSTIN WONCH, et al.,

    Defendants.

_____/

Case No. 2:19-cv-159

Hon. Hala Y. Jarbou

## ORDER REGARDING RESPONSE

On February 28, 2022, Plaintiff filed his Motion to Amend Expert Disclosure and Substitute Expert Witness (ECF No. 71).

Accordingly,

**IT IS ORDERED** that the Defendants' response, if any, shall be filed no later than **March 4, 2022**.

Date:   February 28, 2022         /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        UNITED STATES DISTRICT JUDGE