UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

        Plaintiff,                                Case No. 2:19–cv–159

     v.                                       Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Amend/Correct (ECF No. 71) |
| Date/Time: | March 8, 2022   09:30 AM |
| District Judge: | Hala Y. Jarbou |
| Place/Location: | by video |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

*Zoom connection information will be issued separately. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii).*

                                                  HALA Y. JARBOU
                                                  United States District Judge

Dated:  March 2, 2022          By:    /s/ A. Seymore_____
                                                         Case Manager