# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

## MINUTES

RICHARD HILL,

    Plaintiff,

v.

JUSTIN WONCH, et al.,

    Defendants.
_____/

CASE NO. 2:19-cv-159
DATE: March 8, 2022
TIME: 9:38 AM – 9:55 AM
PLACE: Lansing - Zoom
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Phillip Toutant

DEFENDANT(S):
M. Sean Fosmire

## PROCEEDINGS

NATURE OF HEARING:
Motion hearing held on the record; Plaintiff's Motion to Amend Expert Disclosure and Substitute Expert Witness (ECF No. 71) granted; order to issue

COURT REPORTER:  Genevieve Hamlin

/s/A. Seymore
CASE MANAGER