UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v.

    Case No. 2:19-cv-159

    Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

    Defendants.
_____/

## ORDER

The Court held a motion hearing on the record, with all parties present, on March 8, 2022. For the reasons stated on the record,

**IT IS ORDERED** that Plaintiff's Motion to Amend Expert Disclosure and Substitute Expert Witness (ECF No. 71) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defense Counsel's hourly fee be reimbursed for the time spent researching Chief Isaiah McKinnon.

**IT IS FURTHER ORDERED** that there shall be an **EXPEDITED DISCOVERY DEPOSITION** for the substituted Plaintiff's expert, to be completed by March 31, 2022.

Date: March 8, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE