IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH, and
TOWNSHIP OF FORSYTH,

    Defendants.

U.S. District Judge:
   Hon. Janet T. Neff

U.S. Magistrate Judge:
   Maarten Vermaat

Case No: 2:19-cv-159

/

Phillip B. Toutant (P72992)
Karl P. Numinen (P46074)
NUMINEN DEFORGE & TOUTANT, P.C.
Attorneys for Plaintiff
105 Meeske Avenue
Marquette, MI  49855
(906) 226-2580
Email:  phillip@numinenlaw.com

M. Sean Fosmire (P31737)
Thomas R. Shimmel (P41280)
KITCH DRUTCHAS WAGNER
 VALITUTTI & SHERBROOK
Attorneys for Defendants
1440 W. Ridge Street, Ste. C
Marquette, MI 49855-3199
(906) 228-0001

/

## CERTIFICATE OF SERVICE

    Thomas R. Shimmel hereby certifies that he is employed with the firm of Kitch Drutchas Wagner Valitutti & Sherbrook, and says that on March 22, 2022, the following documents were served on Phillip B. Toutant, counsel of record, by email to the address listed above:

**Defendant Wonch's Notice of Taking Deposition Duces Tecum Plaintiff's Expert, Ken Katsaris**

    I declare that the statement above is true to the best of my information, knowledge and belief.

                              /s/ Thomas R. Shimmel
                              Thomas R. Shimmel

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

3