UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH,

    Defendant.

U.S. District Judge:
  Hon. Janet T. Neff

U.S. Magistrate Judge:
  Maarten Vermaat

Case No: 2:19-cv-159

_____/

| | |
|---|---|
| Phillip B. Toutant<br>Karl P. Numinen<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580<br>Email:  phillip@numinenlaw.com | M. Sean Fosmire<br>KITCH DRUTCHAS WAGNER<br> VALITUTTI & SHERBROOK<br>Attorneys for Defendant<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

_____/

## CERTIFICATE OF SERVICE

M. Sean Fosmire hereby certifies that he is employed with the firm of Kitch Drutchas Wagner Valitutti & Sherbrook, and says that on April 8, 2022, the following documents were served on Phillip B. Toutant, counsel of record, by hand delivery to the address above:

**Defendant Justin Wonch's Response to Plaintiff's Requests for Admissions**
**Defendant's Response to Plaintiff's Requests for Production**

I declare that the statement above is true to the best of my information, knowledge and belief.

                      /s/ *M. Sean Fosmire*
                      M. Sean Fosmire

Kitch Drutchas Wagner Valitutti & Sherbrook
ATTORNEYS AND COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:71232.4