IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD J. HILL, | ) | |
| | ) | Case No. 2:19-cv-159-HYJ-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Janet T. Neff |
| | ) | |
| JUSTIN WONCH, | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF COMPLIANCE RE: WORD COUNT**

Pursuant to LCivR 7.1(d), Phillip B. Toutant, counsel for Plaintiff, hereby certifies that he has conferred in good faith with opposing counsel as to the relief requested in Plaintiff's Motions in Limine via email correspondence on April 11, 2022. Defendants' counsel has not responded to Plaintiff's request for concurrence.

/s Phillip B. Toutant
_____
Phillip B. Toutant