UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-159-HYJ | 4/11/2022 | 1:31 pm – 2:24 pm | Maarten Vermaat |

## CASE CAPTION

| |
|---|
| Richard J. Hill v Justin Wonch and Forsyth Township |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Phillip Toutant | Plaintiff |
| M. Sean Fosmire and Thomas Shimmel | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference by Video

Case did not settle.

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore