UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH,

    Defendant

U.S. District Judge:
  Hon. Hala Y. Jarbou

U.S. Magistrate Judge:
  Maarten Vermaat

Case No: 2:19-cv-159

_____/

Phillip B. Toutant
Karl P. Numinen
NUMINEN DEFORGE & TOUTANT, P.C.
Attorneys for Plaintiff
105 Meeske Avenue
Marquette, MI 49855
(906) 226-2580

M. Sean Fosmire
KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK
Attorneys for Defendant
1440 W. Ridge Street, Ste. C
Marquette, MI 49855-3199
(906) 228-0001

_____/

**DEFENDANT'S LIST OF TRIAL WITNESSES**

Defendant identifies the following as persons he will call or may call at trial. In addition, the custodians of documents, video, or audio recordings may be called if needed.

1. Justin Wonch
2. Brian Kjellin
3. Stephen Mills    (may call)
4. Terry Nerbonne – expert witness, police practices
5. Gordon Warchock    (may call)
6. Dean Rushford
7. Kate Bonifas    (may call)
8. Kristine McCoy, PFS Manager UP Health System Marquette & Portage – may call for purposes of post-verdict hearing as needed

**KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK**

Date: April 11, 2022    By:   */s/ M. Sean Fosmire*
                                         Attorney for Defendants