IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD J. HILL, | ) | |
| | ) | Case No. 2:19-cv-159-HYJ-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Janet T. Neff |
| | ) | |
| JUSTIN WONCH, | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendant. | ) | |
| | ) | |

**PROOF OF SERVICE**

Pursuant to the Court's Case Management Order, ECF No. 63, PageID.263, on April 11, 2022, Plaintiff's Witness List (with "will call" and "may call" designations) was served via email and USPS First Class Mail to counsel for Defendant.

s/ Phillip B. Toutant
_____
Phillip B. Toutant
Attorney for Plaintiff