UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                  Case No. 2:19–cv–159

v.                                  Hon. Hala Y. Jarbou

JUSTIN WONCH,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Final Pretrial Conference
Date/Time:             April 19, 2022   01:30 PM
Magistrate Judge:   Maarten Vermaat
Place/Location:      by telephone

*Counsel will use the Court's conference line: 866–434–5269, Access Code 6087272*

                                                  MAARTEN VERMAAT
                                                  U.S. Magistrate Judge

Dated:  April 12, 2022        By:    /s/ C. A. Moore_____
                                                 Courtroom Deputy