UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v.

                            Case No. 2:19-cv-159

JUSTIN WONCH, et al.,                Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER TO RESPOND

On April 11, 2022, Plaintiff and Defendants filed their Motions in Limine (ECF Nos. 88, 83).

Accordingly,

**IT IS ORDERED** that parties shall respond to the motions in limine no later than **Friday, April 15, 2022**.

Date:  April 12, 2022                    /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE