UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

        Plaintiff,                                Case No. 2:19–cv–159

v.                                              Hon. Hala Y. Jarbou

JUSTIN WONCH,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Jury Trial |
| Date/Time: | May 31, 2022   09:00 AM *(previously set for 4/25/2022)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | Marquette, MI |

                                                U.S. Magistrate Judge

Dated:  April 15, 2022         By:    /s/ C. A. Moore_____
                                                    Courtroom Deputy