UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                            Case No. 2:19–cv–159

v.                                          Hon. Hala Y. Jarbou

JUSTIN WONCH,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Final Pretrial Conference |
| Date/Time: | May 16, 2022   11:00 AM *(previously set for 4/29/2022)* |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | by telephone |

*Counsel will use the Court's conference line: 866–434–5269, Access Code 6087272*

                                                  MAARTEN VERMAAT
                                                 U.S. Magistrate Judge

Dated:  April 15, 2022        By:   /s/ C. A. Moore
                                           Courtroom Deputy