## UNITED STATES OF DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-159-HYJ | 5/11/2022 | 11:00 am – 11:10 am | Maarten Vermaat |

### CASE CAPTION

| Richard J. Hill v Justin Wonch and Forsyth Township |
|---|

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Phillip Toutant | Plaintiff |
| M. Sean Fosmire and Thomas Shimmel | Defendants |

### PROCEEDINGS

**NATURE OF HEARING:** Telephone status conference

Counsel was advised that the jury trial currently scheduled for May 31, 2022, before Hon. Robert J. Jonker has been adjourned.

The parties were given options for trial before another district judge in the future or consenting to a magistrate judge.

A telephone conference will be scheduled at the time of the final pretrial conference on Monday, May 16 at 11:00 a.m..

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore