UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

       Plaintiff,                            Case No. 2:19–cv–159

v.                                         Hon. Hala Y. Jarbou

JUSTIN WONCH,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

    The Final Pretrial Conference and Jury Trial set in this matter for **May 16, 2022 and May 31, 2022** is hereby **adjourned without date.**

                                            U.S. Magistrate Judge

Dated:  May 11, 2022         By:   /s/ C. A. Moore
                                              Courtroom Deputy