UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

        Plaintiff,                           Case No. 2:19-cv-159

v.                                      Hon. Hala Y. Jarbou

JUSTIN WONCH,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:              May 16, 2022   11:00 AM
Magistrate Judge:    Maarten Vermaat
Place/Location:       by telephone

*Counsel will use the Court's conference line: 866-434-5269, Access Code 6087272*

                                                           MAARTEN VERMAAT
                                                           U.S. Magistrate Judge

Dated:  May 11, 2022           By:     /s/ C. A. Moore
                                                  Courtroom Deputy