Date: 06-28-22

By: Anthony Beres

On March 23rd, 2022 I cut the supplied video to just a section of the original requested by M. Sean Fosmire of Kitch Drutchas Wagner Valitutti & Sherbrook. The truncated video is on the flash drive in this envelope.

I have not altered the video in any other way.

File name is:
HILL Wonch bodycam video (arrival to loading in vehicle)-70250-cut.mp4

_[signature]_  6-28-22