UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-159-HYJ | 7/5/2022 | In chambers: 10:01 am – 11:23 am<br>In Court: 11:31 am – 12:19 pm | Maarten Vermaat |

## CASE CAPTION

| |
|---|
| Richard J. Hill v Justin Wonch |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Phillip Toutant | Plaintiff |
| M. Sean Fosmire<br>Thomas Shimmel appeared by phone for the in chambers discussion | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:** Final Pretrial Conference

The Court and counsel reviewed the case management order (ECF No. 110) and the final pretrial order (ECF No. 112.)

Plaintiff's counsel advised he will be asking that witnesses be sequestered during trial.

Counsel shall exchange exhibit books and provide at least one to the Court by Friday, July 8 so they can be reviewed during the phone conference to be scheduled that afternoon.

Final Pretrial Order to be entered.

Proceedings In Court Digitally Recorded
Deputy Clerk:  C.A. Moore