UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,                        Case No. 2:19–cv–159

v.                                    Hon. Hala Y. Jarbou

JUSTIN WONCH,

    Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:    July 8, 2022   01:30 PM
Magistrate Judge:    Maarten Vermaat
Place/Location:    by telephone

*Counsel will use the Court's conference line: 866–434–5269, Access Code 6087272*

                              MAARTEN VERMAAT
                              U.S. Magistrate Judge

Dated:  July 5, 2022        By:    /s/ C. A. Moore
                                            Courtroom Deputy