UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,                                    Case No. 2:19-cv-159

        Plaintiff,                              Hon. Hala Y. Jarbou
v.                                                  U.S. District Judge

JUSTIN WONCH,

        Defendant.
_____/

**ORDER**

Pursuant to the final pretrial conference held on July 5, 2022,

IT IS HEREBY ORDERED that each party will submit one exhibit book to the Court by close of business, Thursday, July 7, 2022 and three additional exhibit books prior to the start of trial on July 11, 2022.

IT IS SO ORDERED.

Date: July 5, 2022                      /s/ *Maarten Vermaat*
                                             Maarten Vermaat
                                             United States Magistrate Judge