UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

        Plaintiff,                              Case No. 2:19-cv-159

v.                                                Hon. Hala Y. Jarbou

JUSTIN WONCH,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | July 8, 2022   10:30 AM<br>*(previously set for same date at 1:30)* |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | by telephone |

*Counsel will use the Court's conference line: 866-434-5269, Access Code 6087272*

                                                 MAARTEN VERMAAT
                                                 U.S. Magistrate Judge

Dated:  July 6, 2022        By:    /s/ C. A. Moore
                                          Courtroom Deputy