IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD J. HILL, | ) | |
| | ) | Case No. 2:19-cv-159-HYJ-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Hala Y. Jarbou |
| | ) | |
| JUSTIN WONCH, | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendant. | ) | |

## **ERRATA**

Upon receipt of Defendant's Proposed Cautionary Jury Instruction, ECF No. 124, PageID.912-PageID.913, Plaintiff's counsel reviewed the submitted Joint Jury Instruction (ECF No. 849) and realized that Defendant's Proposed Cautionary Jury Instruction, as well as Plaintiff's objection to same, was not included. Said instruction and objection were the last page of the joint instructions. The instruction and objection are still present in Plaintiff's MS Word version of same. However, when it was converted to PDF, the last page was cut off for reasons unknown.

Admittedly, Plaintiff's counsel is remiss for not confirming the pages of the Word document as being the same as the PDF. Nevertheless, said omission was unintended and inadvertent. Plaintiff's counsel will separately file Plaintiff's objection to the proposed limiting/cautionary instruction.

Respectfully submitted,

**Numinen, DeForge & Toutant, P.C.**

    s/ Phillip B. Toutant

_____
PHILLIP B. TOUTANT (P72992)
Attorney for Plaintiff
105 Meeske Ave.
Marquette, MI 49855
(906) 226-2580
phillip@numinenlaw.com

2