UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v

JUSTIN WONCH,

    Defendant.
_____/

U.S. District Judge:
  Hon. Hala Y. Jarbou

U.S. Magistrate Judge:
  Maarten Vermaat

Case No: 2:19-cv-159

| | |
|---|---|
| Phillip B. Toutant (P72992)<br>Karl P. Numinen (P46074)<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580<br>Email:  phillip@numinenlaw.com | M. Sean Fosmire (P31737)<br>Thomas R. Shimmel (P41280)<br>KITCH DRUTCHAS WAGNER<br>  VALITUTTI & SHERBROOK<br>Attorneys for Defendant<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

_____/

## DEFENDANT OBJECTIONS TO PLAINTIFFS PROPOSED TESTIMONY OF VICKIE LARA

Page 38 Line 2-5.   Ms. Lara's past history of her pain with broken bones is not relevant to any of the issues in this case.   FRE 401 and 403

Page 38 Line 19 through Page 39 Line 11.   Plaintiff is attempting to present testimony about Mr. Hill being in pain as he was being taken out of the house.  The Court has already ruled that this evidence is not relevant to our case.

Page 40 Line 4-15.  Plaintiff is again attempting to present testimony about Mr. Hill being carried out of the house to the ambulance.  Not relevant

Page 75  Line 5-8.  Vickie Lara is not an expert in determining whether or not Mr. Hill was seriously injured at that time.

Page 75 Line 18 through Page 77 Line 6. Vickie Lara again is not an expert to know why Mr. Hill could not stand up at that time and could not know if Mr. Hill was in pain.

Page 87 Line 10 through Page 88 Line 6.  Ms. Lara has no expertise to know whether or not Mr. Hill was injured during his scuffle with Mr. Normand.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001

MAR01:85342.1

Page 90  Line 8 through Page 91 Line 2.  Ms. Lara can describe what she saw,  but she is not an expert in providing an opinion as to what was necessary for Officer Wonch to do in this situation.

          Respectfully submitted,

          KITCH, DRUTCHAS, WAGNER, VALITUTTI & SHERBROOK

By:  */s/ Thomas R. Shimmel*
     THOMAS R. SHIMMEL (P41280)
     Attorneys for Defendants
     One Woodward Avenue, Suite 2400
     Detroit, Michigan 48226
     (313) 965-6954; (313) 965-7403 (Fax)

Dated:  July 8, 2022

**Kitch Drutchas Wagner Valitutti & Sherbrook**
ATTORNEYS AND COUNSELORS
1440 W. RIDGE STREET
SUITE C
MARQUETTE, MICHIGAN
49855-3199

(906) 228-0001