# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-159-HYJ | 7/8/2022 | 10:31 am – 11:09 am | Maarten Vermaat |

## CASE CAPTION

Richard J. Hill v Justin Wonch

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Phillip Toutant | Plaintiff |
| M. Sean Fosmire<br>Thomas Shimmel | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:** Supplemental Final Pretrial Conference

Supplemental order to be entered

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore