UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

        Plaintiff,                              Case No. 2:19–cv–159

v.                                          Hon. Hala Y. Jarbou

JUSTIN WONCH,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Pretrial Conference
Date/Time:              July 11, 2022   09:00 AM
District Judge:        Hala Y. Jarbou
Place/Location:       Marquette, MI

*Counsel, the parties, and any representatives with settlement authority shall appear in person at 9:00 AM. Jury selection to begin at 1:00 PM.*

                                                  HALA Y. JARBOU
                                                  United States District Judge

Dated:  July 8, 2022            By:     /s/ A. Seymore
                                             Case Manager