UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. HILL,<br><br>    Plaintiff,<br><br>v<br><br>JUSTIN WONCH,<br><br>    Defendant.<br>_____/ | U.S. District Judge:<br>   Hon. Hala Y. Jarbou<br><br>U.S. Magistrate Judge:<br>   Maarten Vermaat<br><br>Case No: 2:19-cv-159 |
| Phillip B. Toutant (P72992)<br>Karl P. Numinen (P46074)<br>NUMINEN DEFORGE & TOUTANT, P.C.<br>Attorneys for Plaintiff<br>105 Meeske Avenue<br>Marquette, MI  49855<br>(906) 226-2580 | M. Sean Fosmire (P31737)<br>Thomas R. Shimmel (P41280)<br>KITCH DRUTCHAS WAGNER<br>   VALITUTTI & SHERBROOK<br>Attorneys for Defendants<br>1440 W. Ridge Street, Ste. C<br>Marquette, MI 49855-3199<br>(906) 228-0001 |

_____/

**DEFENDANT'S OBJECTIONS/COMMENTS ON PLAINTIFF'S EXHIBIT 5**

Defendant submits the attached exhibit as an annotated version of plaintiff's offered Exhibit 5. Plaintiff failed to identify which entries were redacted by him, vs. the redactions that were done by the county when the sheriff's department records were provided to us. The parties and the court cannot of course do anything about the county's redactions.

Most of plaintiff's redactions are proper given the court's ruling on evidentiary issues. There are a few pages that we believe should simply be removed because plaintiff has completely obliterated the entirety of those pages.

There is one entry that is highlighted by the defendant on pages 1-2 of 16 that should be redacted as well, in light of the court's ruling previous ruling on this subject, ECF 47, PageID.232.

MAR01:85352.1

                                                Respectfully submitted,

                                                KITCH DRUTCHAS WAGNER
                                                VALITUTTI & SHERBROOK

Dated:  July 9, 2022                        By:    */s/  M. Sean Fosmire*
                                                       M. Sean Fosmire