# Notes Report

| | |
|---|---|
| DATE TIME: | 03/27/2019 19.32.00 |
| OFFICER: | BONIFAS,KATE |
| TYPE: | RV - RULES VIOLATION |
| FACILITY: | MC   Marquette County Jail |
| POST: | MAST - Master Control |
| HOUSING ASSIGNMENT: | |
| INMATE(s) NAME: | MC2019000430(HILL RICHARD JACK SR), |

NOTE:
Violation: G - INFORMATIONAL.
Penalty:
Action:
Immediate Action Taken: INMATE TAKEN TO ED
Officers:
Details of Incident: ON 3-22-19 AT 2237 FORSYTH TOWNSHIP POLICE DEPARTMENT OFFICER WONCH BROUGHT IN INMATE RICHARD JACK HILL(DOB:9-22-50) FOR DOMESTIC VIOLENCE. THE SUBJECT WAS VERY INTOXICATED WITH A PBT OF .214. DUE TO THE LEVEL OF INTOXICATION, THE INMATE WAS PATTED DOWN IN THE SALLYPORT AND WALKED UPSTAIRS TO DETOX Y WHERE ALL OF HIS EXTRA CLOTHING AND ITEMS WERE REMOVED SO HE COULD SOBER UP BEFORE BEING BOOKED. THE SUBJECT WAS IRRITATED BUT COOPERATIVE WITH OFFICERS. AFTER OFFICERS LEFT INMATE HILL WHO WAS SITTING ON THE SLAB IN DETOX Y MUMBLING TO HIMSELF, SEVERAL TIMES I COULD MAKE OUT INMATE HILL SAYING "HE BEAT ME UP" REFERRING TO OFFICER WONCH. ONCE HE WAS PLACED IN DETOX Y OFFICER WONCH STOPPED INTO OUR CONTROL ROOM. HE WAS TELLING JAIL OFFICERS WHAT HAD HAPPENED DURING THE ARREST. OFFICER WONCH CLAIMED THAT THE SUBJECT, INMATE HILL, WENT AFTER HIS VICTIM, ████ AND OFFICER WONCH STATED HE "BODY SLAMMED" HIM TO THE GROUND TO STOP HIM FROM ASSAULTING HIS WIFE. HE THEN SAID THAT MR. HILL WOULD NOT OR COULD NOT STAND UP AND WALK ==SO OFFICER WONCH GRABBED ONTO HIS LEATHER JACKET AND "DRAGGED" MR. HILL OUT OF==

County's redaction ←

Highlighted entry improper given court's previous ruling.
See ECF 47, ruling at PageID.232

07/24/2019 12:41 PM          Requested By:          Page   1   of   16

<span style="color:red">Highlighted entry improper given court's previous ruling.
See ECF 47, ruling at PageID.232</span>

==THE HOUSE THROUGH THE SNOW AND LEFT HIM ON THE GROUND OUTSIDE OF THE PATROL CAR AS MR. HILL WOULDN'T ASSIST IN GETTING INTO THE CAR.== OFFICER WONCH STATED THAT HE ASKED FOR ASSISTANCE FROM EMS TO GET MR. HILL INTO THE BACK SEAT OF HIS CAR, WHICH THEY DID ASSIST WITH. OFFICER WONCH DID STATE THAT THE SUBJECT WAS NOT PAT SEARCHED BEFORE BEING PLACED INTO THE BACK OF THE PATROL CAR. AFTER SOME TIME INMATE HILL BEGAN COMPLAINING OF PAIN. OVER TIME THE PAIN GOT WORSE AND WOULD INTENSIFY WHEN HE ATTEMPTED TO LAY DOWN. HE SAID THE PAIN WAS ALL OVER HIS CHEST AND FRONT AREA AND THINGS WERE CRUNCHING INSIDE OF HIM. AT APPROXIMATELY 0200 ON 3-23-19 VITALS WERE OBTAINED FROM THE INMATE AND OUR ON CALL DR. WAS CONTACTED. NP NATHAN THOMPSON ADVISED THAT THE SUBJECT WOULD NEED TO BE SEEN AT THE EMERGENCY ROOM DUE TO THE CLAIMS AND THE VITALS. I CONTACTED SGT. ABOUSSLEMAN TO TRANSPORT INMATE HILL TO THE EMERGENCY DEPARTMENT AND THEY LEFT AT AT APPROXIMATLY 0206. SGT. ABOUSSLEMAN NOTIFIED US AT APPROXIMATLY 0643 THAT INMATE HILL HAD 10 BROKEN RIBS AND 3 BROKEN VERTEBRAE AND AIR POCKETS AROUND HIS LUNGS. AT 1118 INMATE HILL WAS RELEASED ON PR BONDS AUTHORIZED BY CHARITY MASON AS HE WAS GOING INTO EMERGENCY SURGERY TO FIX THE BROKEN VERTEBRAE IN HIS BACK.

DATE TIME: 03/23/2019 09.36.00

OFFICER: KAINULAINEN,RYAN

TYPE: CI - COURT INFORMATION

FACILITY: MC Marquette County Jail

POST: MAST - Master Control

HOUSING ASSIGNMENT: {Y/1/1/1}

INMATE(s) NAME: MC2019000430(HILL, RICHARD JACK SR),

NOTE:
WE HAVE RECEIVED THE CONDITIONAL BOND FOR INMATE R. HILL. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ BOND HAS BEEN SET AT PR DUE TO INMATE HILL NEEDING SURGERY FOR HIS INJURIES AND THE PROJECTED RECOVERY TIME. AN ARRAIGNMENT DATE OF 3/28/19 AT 1200 HAS BEEN SET. DEPUTY RUSHFORD HAS BEEN ADVISED OF THIS AND STATES THAT INMATE HILL IS CURRENTLY IN SURGERY AND THE SURGERY IS EXPECTED TO LAST ABOUT 4 HOURS. HE WILL THEN BE MOVED TO RECOVERY AND BE ADMITTED FOR ATLEAST A FEW DAYS. DEPUTY RUSHFORD ADVISES THAT HE WILL BE ON UNTIL MIDNIGHT TONIGHT AND WILL BRING THE BOND FORM OVER TO THE HOSPITAL FOR SIGNATURE AND BRING INMATE R. HILL'S PROPERTY ALONG WITH AS LONG AS MR. HILL IS COHERENT ENOUGHT TO SIGN THE BOND FORM. CONDITIONAL BOND HAS BEEN ENTERED IN TO LEIN BY CPL. KAINULAINEN AND THE BOND FORM WILL REMAIN AT THE HOTSEAT.

*This was redacted by Plaintiff. It refers to charges that were authorized. No objection by defendant to that redaction.*

07/24/2019 12:41 PM          Requested By:          Page 6 of 16

| | |
|---|---|
| DATE TIME: | 03/23/2019 06.40.00 |
| OFFICER: | BONIFAS,KATE |
| TYPE: | HR - HUB REPORT |
| FACILITY: | MC   Marquette County Jail |
| POST: | MAST - Master Control |
| HOUSING ASSIGNMENT: | {X/1/1/1}{Y/1/1/1}{Z/1/4/1}{Z/1/3/1}{Z/1/10/1}{Z/1/2/1}{Z/1/1/1}{H/1/4/1}{H/1/1/1}{H/1/3/1}{H/1/10/1} |
| INMATE(s) NAME: | ███████████████████████████████████████████████ HILL RICHARD JACK |

NOTE:

HUB REPORT: ███████████████████████████████████ INMATE HILL IS STILL AT THE EMERGENCY DEPARTMENT. INMATES NUNEZ, PICHE, GREASON, WILLEY, CARELLO, BROW, AND REEVES REMAIN AWAITING BOND/ARRAIGNMENT. INMATE HARRIS CAN BE MOVED.

These were the County's redactions.

07/24/2019 12:41 PM                                Requested By:                                Page   9   of   16



← County redactions

↑ Plaintiff's redaction

<mark>Case 2:19-cv-00159-HYJ-MV ECF No. 138-1 PageID.987 Filed 07/09/22 Page 6 of 8</mark>

<mark style="color:red">These entire pages are completely obliterated. They are court records regarding the criminal charges. Defendant suggests they simply be removed.</mark>

EXHIBIT 5 WITH COMMENTS



<mark>PLAINTIFF'S EXHIBIT 5—00026</mark>

> Three entire pages are completely obliterated. They are court records regarding the criminal charges. Defendant suggests they simply be removed.

EXHIBIT 5 WITH COMMENTS



Three entire pages are completely obliterated. They are DeMYV records regarding the criminal charges. Defendant suggests they simply be removed.



PLAINTIFF'S EXHIBIT 5--00028