# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

## MINUTES

RICHARD J. HILL,

    Plaintiff

v.

JUSTIN WONCH, et al.,

    Defendants.
_____/

CASE NO.: 2:19-cv-159
DATE: July 11, 2022
TIME: 12:52 PM – 2:19 PM
        2:37 PM – 4:59 PM
PLACE: Marquette
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Phillip Benjamin Toutant

DEFENDANT(S):
M. Sean Fosmire
Thomas Reid Shimmel

## WITNESSES

PLAINTIFF(S):
Joseph Fitzgerald (video deposition)
Justin Wonch (video deposition)

## PROCEEDINGS

NATURE OF HEARING:
Jury trial began; jury selection; jury sworn; preliminary instructions; opening statements by both parties; Plaintiff's presentation of evidence began; jury trial continued to July 12, 2022, at 9:00 AM.

COURT REPORTER:   Genevieve Hamlin           /s/ A. Seymore
                                                                                        CASE MANAGER