UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

Case No. 2:19-cv-159

v.

Hon. Hala Y. Jarbou

JUSTIN WONCH, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW

This matter is before the Court on Defendant Wonch's oral motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure made during trial and deemed made at the close of Plaintiff's proofs. For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference, Defendant Wonch's motion for judgment as a matter of law is **DENIED**.

    **IT IS SO ORDERED**.

Dated: July 13, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE