IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL,

    Plaintiff,

v.

                            Case No. 2:19-cv-159

JUSTIN WONCH,                 Hon. Hala Y. Jarbou

    Defendant.
_____/

## JURY VERDICT FORM

We the jury find as follows:

1. Did Defendant use excessive force against Plaintiff?
   **ANSWER:** _____ Yes     __X__ No

2. Did Defendant commit an assault and battery against Plaintiff?
   **ANSWER:** _____ Yes     __X__ No

If you have found for Defendant in paragraphs 1 and 2 proceed no further. If you have found for Plaintiff in paragraph 1 or 2, proceed to questions 3-4.

3. We award Plaintiff $_____ in compensatory damages.

4. We award Plaintiff $_____ in punitive damages.

Dated 7/13/22     _____
                                    JURY FOREPERSON

2:40pm
2:19-cv-159
as

May the jury see the body cam footage from 3/22/19?

May the jury see Mr. Hill's medical records?

*Kathy Makela*

7/13/22

Your Honor,

We the jury have reached a verdict.

— The Jury