# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

## MINUTES

RICHARD J. HILL,

    Plaintiff

v.

JUSTIN WONCH, et al.,

    Defendants.

_____/

CASE NO. 2:19-cv-159
DATE: July 13, 2022
TIME: 8:48 AM – 10:54 AM
       11:03 AM – 11:33 AM
       11:45 AM – 1:31 PM
       3:37 PM – 3:44 PM
PLACE: Marquette
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Phillip Benjamin Toutant

DEFENDANT(S):
M. Sean Fosmire
Thomas Reid Shimmel

## EXHIBITS

Defendant's Exhibit E admitted.

## WITNESSES

PLAINTIFF(S):

DEFENDANT(S):
Joseph Boogren
Terry Nerbonne

## PROCEEDINGS

NATURE OF HEARING:
Jury Trial Day 3: Jury trial continued; Defendant's presentation of evidence continued; Defendant rests; jury instructions conference; closing arguments by both parties; jury instructions; jury deliberations; no cause of action found by jury verdict; judgment to issue.


COURT REPORTER:   Genevieve Hamlin                    /s/ A. Seymore
                                                                                               CASE MANAGER