UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD J. HILL ,

    Plaintiff,

v.

JUSTIN WONCH, et al.,

    Defendants.
_____/

Case No. 2:19-cv-159

Hon. Hala Y. Jarbou

## **JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Defendant Wonch and against Plaintiff.

Accordingly,

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of Defendant Wonch and against Plaintiff pursuant to the Verdict Form (ECF No. 143) completed by the jury.

Dated:  July 14, 2022                    /s/ Hala Y. Jarbou
                                                                 HALA Y. JARBOU
                                                                 UNITED STATES DISTRICT JUDGE